

**Docket #05-cv-345**

# IN THE UNITED STATES SUPREME COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA
# UNITED STATES DISTRICT COURT
### (Multi District Litigation)

## NOTICE FOR HEARING REQUEST

---

The Great Seal ⑦ Moorish Science Temple of America, Incorporated, Embryo Circle Seven Moorish Science Temple of America, Incorporated, Continental Congress, Moors Order Of The RoundTable, Moorish Divine And National Movement, And All Ministers, Consuls, Moorish Nationals, Diplomats Offspring, and Family Members, Citizens, et al.
**ADEPT CHAMBER FEDERAL COURT**

Petitioners

vs.

**STATE OF NEW JERSEY;**
ASBURY PARK POLICE DEPARTMENT; SGT. JOHN BROYLES, OFFICER JOSEPH P. SPALLINA; OFFICER JOHN P. SOSDIAN III; OFFICER D.   KOWSALUK, et al; ASBURY PARK MUNICIPAL COURT; PATRICIA A. GREEN, COURT CLERK, et al; WALL TOWNSHIP POLICE DEPARTMENT; SGT. LANCELOTTI; SGT. BROCKLEY, et al; JIM'S TOWING; RICHARD'S AUTO BODY; AND ALL CITY, COUNTY, AND STATE AGENTS, et al.
Defendant(s)

**ORIGINAL JURISDICTION**

"MINISTERS, CONSULS DIPLOMATS"
Article 3,
Section 2, U.S.C.

Federal Questions:
Constitution, Treaty,
Religious Liberty, etc.

## NOTICE FOR HEARING REQUEST

Please take notice that on March_____, at __10 o'clock AM, or as soon thereafter as counsel can be heard in Room _____ of the United States District Court In the Eastern District of Pennsylvania, New Jersey, the undersigned will move that a hearing be heard, pursuant to,                , on the grounds that the plaintiff's primary right or the principal relief sought is due to breach of fiduciary duty to Plaintiff, violation of oath of Office, VIOLATIONS are against THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) / THE SUPREME LAW OF THE LAND - CONSTITUTION; THE SUPREME COURTS RULINGS ON THE PEOPLE'S RIGHTS TO TRAVEL, THE UNITED NATIONS AND GENERAL ASSEMBLY "UNIVERSAL DECLARATION OF HUMAN RIGHTS"; THE UNITED NATIONS GENERAL ASSEMBLY "DECLARATION OF THE RIGHTS OF THE CHILD"; THE RIGHTS OF INDIGENOUS PEOPLE; THE NEW JERSEY STATE CONSTITUTION "in harmony with the Federal Constitution". The Defendant(s) are also in VIOLATION OF AMENDMENT VIIII (THE BILL OF RIGHTS OF SEVENTEEN HUNDRED



**Docket #05-cv-345**



Dated March 11th 2005

                                    **Respectfully submitted,**

                                    <u>Adept Chamber Federal Court</u>
                                    Minister Nature El Bey,
                                    Minister Taj Tarik Bey,
                                    Abdullah El Talib Mosi Bey.

                                    */s/ Taj Tarik Bey*
                                    Minister Taj Tarik Bey
                                      *Consul for Petitioners*
                                    In Care Of: Post Office Box 55
                                    Asbury Park Territory
                                    New Jersey state Republic
                                    Postal Zone 12; [07712] Exempt
                                    [732] 988-2631