\26_A\LIAB\JPG\LLPG\726681\LYR\13061\00403

| | |
|---|---|
| **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**<br>**BY:** John P. Gonzales, Esquire<br>ID# 71265<br>620 Freedom Business Center, Suite 300<br>King of Prussia, PA   19406<br>(610) 354-8264 | Jury Trial Demanded by Defendants, Sgt. John Broyles, Officer Joseph P. Spallina and Officer John P. Sosdian, III |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE GREAT SEAL MOORISH SCIENCE TEMPLE OF : Civil Action No:  05-345
AMERICA, INC. EMBRYO CIRCLE STEVEN MOORISH :
SCIENCE TEMPLE OF AMERICA, INC., CONTINENTAL :
CONGRESS, MOORS ORDER OF THE ROUND TABLE, :
MOORISH DIVE AND NATIONAL MOVEMENT, AND :
ALL MINISTRIES, CONSULS, MOORISH NATIONALS, :
DIPLOMATS OFFSPRING, AND FAMILY MEMBERS, :
CITIZENS, ET AL V. STATE OF NEW JERSEY, ASBURY :
PARK POLICE DEPARTMENT, SGT. JOHN BROYLES, :
OFFICER JOSEPH P. SPALLINA, OFFICER JOHN P. :
SOSDIAN, III, OFFICER D. KOWSALUK, ET AL; ASBURY :
PARK MUNICIPAL COURT, PATRICIA A. GREEN, COURT :
CLERK, ET AL, WALL TOWNSHIP POLICE DEPARTMENT, :
SGT. LANCELOTTI, SGT. BROCKLEY, ET AL, JIM'S :
TOWING, RICHARD'S AUTO BODY AND ALL CITY, :
COUNTY AND STATE AGENTS :
: ___*Electronically Filed*___
                    v. :
:
STATE OF NEW JERSEY, ASBURY PARK POLICE DEPT., :
SGT. JOHN BROYLES; OFFICER JOSEPH P. SPALLINA, :
OFFICER JOHN P. SOSDIAN, III, PATRICIA  GREEN, COURT :
CLERK, ET AL WALL TOWNSHIP POLICE DEPARTMENT, :
SGT. L ANCELOTTI, SGT. BROCKLEY, ET AL, JIM'S :
TOWING, RICHARD'S AUTO BODY, AND ALL CITY AND :
STATE AGENTS, ET AL

## DEFENDANTS' MOTION TO JOIN IN DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants, Sgt. John Broyles, Officer Joseph P. Spallina and Officer John P. Sosdian, III, join in the Motion to Dismiss filed on behalf of the Asbury Park Police Department on or about February 17, 2005.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN


BY:   JG847
     JOHN P. GONZALES, ESQUIRE
     ID#  PA71265
     620 Freedom Business Center, Suite 300
     King of Prussia, PA 19406
     (610) 354-8264 Fax (610) 354-8299
     Email:  jgonzales@mdwcg.com

\26_A\LIAB\JPG\LLPG\726681\LYR\13061\00403

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
ID# 71265
620 Freedom Business Center, Suite 300
King of Prussia, PA   19406
(610) 354-8264

**Jury Trial Demanded by Defendants, Sgt. John Broyles, Officer Joseph P. Spallina and Officer John P. Sosdian, III**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE GREAT SEAL MOORISH SCIENCE TEMPLE OF AMERICA, INC. EMBRYO CIRCLE STEVEN MOORISH SCIENCE TEMPLE OF AMERICA, INC., CONTINENTAL CONGRESS, MOORS ORDER OF THE ROUND TABLE, MOORISH DIVE AND NATIONAL MOVEMENT, AND ALL MINISTRIES, CONSULS, MOORISH NATIONALS, DIPLOMATS OFFSPRING, AND FAMILY MEMBERS, CITIZENS, ET AL V. STATE OF NEW JERSEY, ASBURY PARK POLICE DEPARTMENT, SGT. JOHN BROYLES, OFFICER JOSEPH P. SPALLINA, OFFICER JOHN P. SOSDIAN, III, OFFICER D. KOWSALUK, ET AL; ASBURY PARK MUNICIPAL COURT, PATRICIA A. GREEN, COURT CLERK, ET AL, WALL TOWNSHIP POLICE DEPARTMENT, SGT. LANCELOTTI, SGT. BROCKLEY, ET AL, JIM'S TOWING, RICHARD'S AUTO BODY AND ALL CITY, COUNTY AND STATE AGENTS

: Civil Action No:  05-345
:
:
:
:
:
:
:
:
:
:
:
:
:
:
: *Electronically Filed*

v.

STATE OF NEW JERSEY, ASBURY PARK POLICE DEPT., SGT. JOHN BROYLES; OFFICER JOSEPH P. SPALLINA, OFFICER JOHN P. SOSDIAN, III, PATRICIA  GREEN, COURT CLERK, ET AL WALL TOWNSHIP POLICE DEPARTMENT, SGT. L ANCELOTTI, SGT. BROCKLEY, ET AL, JIM'S TOWING, RICHARD'S AUTO BODY, AND ALL CITY AND STATE AGENTS, ET AL

### CERTIFICATE OF SERVICE

    I, John P. Gonzales, Esquire, being duly sworn according to law, hereby certify that Defendant's Motion to Join in Defendants' Motion to Dismiss was forwarded to all counsel of record on March 17, 2005 and was sent via first class mail, postage prepaid to the last known address of other parties or their representatives.

Minister Nature El-Bey  
P. O. Box 55  
Asbury Park, NJ   07712

                                    MARSHALL, DENNEHEY, WARNER,  
                                    COLEMAN & GOGGIN

BY:    JG847  
          JOHN P. GONZALES, ESQUIRE  
          ID#  PA71265  
          620 Freedom Business Center, Suite 300  
          King of Prussia, PA 19406  
          (610) 354-8264 Fax (610) 354-8299  
          Email:  jgonzales@mdwcg.com